# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Barbara Jo Thomas

## DEFENDANTS

David Hyde and
Randall D. Mendenhall

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Richland
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Richland
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
H. Kent Heller
Heller Holmes & Associates, P.C.
P.O. Box 889
Mattoon  IL  61938
(217) 235-2700

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION   (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C. Section 1983

## V. NATURE OF SUIT   (PLACE AN × IN ONE BOX ONLY)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury— Med Malpractice
- ☐ 365 Personal Injury— Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☒ 444 Welfare
- ☒ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. ORIGIN   (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☒ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 500,000   Check YES only if demanded in complaint:

JURY DEMAND:  ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY   (See instructions):

JUDGE  MJR   DOCKET NUMBER  13-cv-31

DATE  5/17/13

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BARBARA JO THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   2013-470 |
| | ) | |
| DAVID HYDE and RANDALL D. | ) | |
| MENDENHALL, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

### I.  PARTIES

1.  Plaintiff is an individual who resides in Olney, Richland County, Illinois.

2.  Defendant Hyde was, at all relevant times, the State's Attorney for Richland County, Illinois.

3.  Randall Mendenhall was at all relevant times an investigator for the Illinois Liquor Control Commission.

### II.  VENUE

4.  Venue is appropriate in this district because the Plaintiff resides in this district, the Defendant David Hyde resides in this district and has his primary office in this district and the transaction which is complained of occurred in this district.

### III.  JURISDICTION

5.  This cause of action arises under Federal Statute, 42 U.S.C. § 1983 and as such the Court has jurisdiction pursuant to the provisions of 28 U.S.C. § 1331 and 1343(a).

## IV.  CAUSE OF ACTION

6.  Plaintiff states a cause of action for a violation of her right of personal privacy, violation of substantive due process, and Defendants placing the Plaintiff in a position of danger in violation of her Constitutional Rights and in support thereof states the following sub-paragraphs:

a) That at some time prior to May 24, 2011 the Plaintiff became aware of what she believes to be illegal gambling at the Olney Eagles Club.

b) That at all times relevant herein the State of Illinois Liquor Control Commission maintained a website which included a web page, a copy of which is attached hereto as EXHIBIT A soliciting complaints from citizens with the assurance that the name, address and comments would remain confidential and providing that the individual could remain anonymous.

c) That the Plaintiff duly submitted such a report and requested that the information remain anonymous.

d) That the Defendant Randall Mendenhall relayed the complaint, without redaction, in violation of the rules of the Illinois State Liquor Control Commission, to David Hyde.

e) That David Hyde filed a complaint against Robert Stahlman and others (11CM52) on or about March 18, 2011.

f) That David Hyde filed a motion to appoint a special prosecutor on April 21, 2011 and an order appointing David Rands as special prosecutor was entered on April 26, 2011, relieving Dadid Hyde of his prosecutorial duties and responsibilities in said case.

g) That in violation of the assurance of confidentiality, the request for anonymity, and appropriate state law,  David Hyde, on or about May 24, 2011, transmitted said information to John Racklin and others.  Further, saide case being a misdemeanor, said information was not required to be disclosed even if David Hyde had been the prosecutor.

h) That on or about June 1, 2011 Plaintiff received a telephone call indicating to her that her confidential information had been improperly disclosed, that her complaint had been revealed, that members of the Elks Lodge and Eagles Club knew that she was the person who had made the complaint which lead to the prosecution of the Eagles Club and one Robert Stahlman.

i) That the conduct of the Defendants in releasing this information to members of the Eagles and other persons in the community, in violation of the duty to keep said information confidential, placed the Plaintiff in danger.

j) That the disclosures were made without due process or any prior notice to the Plaintiff.

k) That on or about August 17, 2011, the Plaintiff received an anonymous letter from the Eagles with a copy of her online and confidential complaint enclosed. That letter is attached hereto as EXHIBIT B.

l) That said communication was an attempt to intimidate or harass Plaintiff and it made her emotionally distraught and fear for her safety and her continued employment.

7. That the improper disclosure aforesaid was in violation of the Plaintiff's Constitutionally protected privacy interests, that if affected her employment, was a violation of her liberty interests and otherwise damaged Plaintiff. She sought mental health treatment and was otherwise damaged.

8. That as a direct and proximate result of the disclosure of said privileged information and the placing of the Plaintiff in a position of danger, the Plaintiff became emotionally distraught, was obliged to seek the care and treatment of doctors and psychologists, missed time from her normal pursuits and was otherwise damaged.

WHEREFORE, Plaintiff prays judgment against the Defendants in a sum in excess of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) together with costs of this action.

BARBARA JO THOMAS, Plaintiff


By      /s/ H. Kent Heller
                Of Heller, Holmes & Associates, P.C.
                Her Attorneys

**JURY DEMAND**

Plaintiff hereby demands trial by jury.

BARBARA JO THOMAS, Plaintiff


By _/s/ H. Kent Heller_____
Of Heller, Holmes & Associates, P.C.
Her Attorneys

H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Ave.
P.O. Box 889
Mattoon, IL 61938
TEL:  217-235-2700
FAX:  217-235-0743
c:thomas 17836 12.6.12 complaint

Home 🏠    Pat Qui... Governor         ...oria L. Materro, Executive Director

# State of Illinois Liquor Control Commission

Thursday Dec 6, 1

🎙 Click to listen to the audio intro!.
Download the Real Audio Player 

- **Licensing Division**
- **Investigations Division**
- **Legal Division**
- **Industry Education Division**
- **Tobacco Program**
- **Under 21 Program**
- **BASSET Program**

Questions or Comments:
e-mail
ilcc_info@mail.state.il.us

**Illinois** HOMEPAGE

# File a complaint...

You may file a complaint against an establishment or a person. **Your name and comments will remain confidential**, however, it is important that you fill in the requested contact information as additional details on the complaint may be required to complete the investigation. Please provide as much information as possible in the blanks below. You may remain anonymous if you wish.

Your Information:

**Name:**
**Address:**
**City:**
**State:**
**Zip:**
**Phone:**
**email:**

Violator Information:

**Name:**
**Address:**
**City:**
**State:**
**Zip:**
**Other:**
*(Other identifiers such as SSN, DOB)*

**Violation:** *Visit the Investigations home page to see more information*

☐ Liquor Purchase Retail
☐ Gambling
☐ No Valid License
☐ Narcotics
☐ Other

**Describe your complaint:**

EXHIBIT
A

www.state.il.us/lcc/fraudlcc.asp

**Provide information regarding violator, violator's business or employees (names, how they <u>earn income</u>, do they hide income, etc.):**

**Please provide any other information you feel is important:**

If you wish to keep a copy of this on-line referral form, send it to your <u>printer</u> **before** you click on the "Submit Your Referral" button.

| Submit Your Referral |

| Reset |



**Chicago Office:**
*(Open weekdays 8:30am-5pm)*
100 W. Randolph, Ste. 7-801
Chicago, IL 60601
Ph: 312-814-2206 Fax: 312-814-2241
TDD: 312-814-1844
Map and Driving Directions

**Springfield Office:**
*(Open weekdays 8:30am-5pm)*
101 West Jefferson, Ste. 3-525
Springfield, IL 62702
Ph: 217-782-2136 Fax: 217-524-1911
Map and Driving Directions

*Copyright © 2003-2012 State of Illinois*

Barb Thomas    F Y I

Now that Phil Palmer is gone what do you have planned for the Eagles next? Eagles gave 2000 to graduates last year instead of 9000.

Very little to Little League, Babe Ruth, and no money to girls ball teams.

Nothing to Hospital, nursing homes,parks or anything else. We are not doing well so what next????

You can't come in the Eagles anymore, but gamble at the VFW. Do you get much in at the Elks?????

Do you gamble at Mt. Carmel???

We members at the eagles don't, thank you see inclosed document.

I hope voters see this before next election.

Again Thanks

PLAINTIFF'S
EXHIBIT

B

Penesis, Ted

From:
Sent:
To:
Subject:

SMTPSendForm@illinois.gov
Saturday, June 12, 2010 7:48 PM
Penesis, Ted — 312-814-4802
On-Line Complaint

COMPLAINTANT NAME & ADDRESS:
Barb Thomas
1306 Jonathan Drive
Olney  IL  62450

HOME TELEPHONE #:

EMAIL:  thomasb1109@verizon.net

VIOLATOR NAME & ADDRESS:
Fraternal Order of the Eagles Lodge Aerie 2549
215 North Fair
Olney  IL  62450

OTHER IDENTIFIERS:

10 IA 52848

TYPE OF VIOLATION:

Gambling


Other

DESCRIBE YOUR COMPLAINT:
The Eagles Lodge 2549 pays out cash to members winning on video machines and also has a
weekly drawing for a cash giveaway for members who have paid $1 that week in order to place
their names on a piece of paper for the drawing conducted by the Trustees every Thursday
night at 7:30 p.m. In addition, a representative (Phil Palmer) from the Illinois Eagles Grand
Aerie, has suspended the Eagles 2549 charter for 3 months, but the club is still in operation.
Mr. Palmer is aware of this illegal gambling, but has taken no steps to stop it and has been
in attendance when this was taking place. One of the Trustees, Rev. Gary Wachtel, who is a
Richland County board member, has also been in attendance.

MORE VIOLATOR INFO:


OTHER INFO:
On Thursday, June 24th the club Trustees, including Mr. Phil Palmer and Rev. Gary Wachtel,
will meet at 7 p.m. to discuss club business. The winning name for the weekly drawing is
usually drawn around 7:10 and announced at 7:30. The regular membership meeting, also
including club officers and Mr. Palmer, is at 8:00. The Trustees are aware of who the regular
state commissioner is and takes various steps to keep him from finding any paper trail or
have the opportunity for any visual observation. I feel it would be beneficial for a
different commissioner to come unannounced into the building between 7:00-7:30 on June 24th.
I wish to remain anonymous.Submit Your Referral

*** NOTE: This message was sent by the SMTP Send Form web application ***

1

EAGLES OLNEY

BARB THOMAS
1306 Jonathan Dr,
Olney, IL
62450



USA FIRST-CLASS FOREVER